UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.M.,

                Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

                Defendants.

20-CV-5164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant filed an Exhibit to a Declaration in Support of a Motion to Dismiss without any viewing restrictions.  (Dkt. No. 17-2.)  The Court respectfully directs the Clerk of Court to strike Defendant's Exhibit 2 to its Declaration in Support of a Motion to Dismiss.  (Dkt. No. 17-2.)  The redacted version of the Exhibit remains available at Docket Number 28-1.

    SO ORDERED.

Dated: October 30, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge