**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| S.M., A MINOR, by her next friend, ALISON KING,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW YORK and GOOD SHEPHERD SERVICES,<br><br>*Defendants*. | Case No.: 1:20-cv-05164-JPO<br><br>ECF Case<br><br>**ORDER** |

**UPON THE APPLICATION** of the parties for an order authorizing the release of records pertaining to Plaintiff S.M., which may be protected from disclosure by the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d *et seq.* ("HIPAA") or the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g *et seq.* ("FERPA");

**WHEREAS,** the records sought are responsive to discovery requests and non-party subpoenas served by the parties in the above-captioned action;

**WHEREAS,** the Court has authority to order the release of HIPAA and FERPA-protected records in connection with this action under 45 C.F.R. 164.512(e)(1)(i) (HIPAA implementing regulations specifying that "[a] covered entity may disclose protected health information in the course of any judicial or administrative proceeding: (i) [i]n response to an order of a court or administrative tribunal, provided that the covered entity discloses only the protected health information expressly authorized by such order") and 34 C.F.R. § 99.31(a)(9)(i)-(ii) (FERPA implementing regulations specifying that "[a]n educational agency or institution may disclose personally identifiable information from an education record of a student without the consent

1

required by § 99.30" if "[t]he disclosure is to comply with a judicial order or lawfully issued subpoena" and "[t]he agency or institution makes a reasonable effort to notify the parent . . . of the order or subpoena in advance of compliance, so that the parent . . . may seek protective action");

**IT IS HEREBY ORDERED** that the records in the possession, custody, or control of the entities specified below shall be released pursuant to 45 C.F.R. § 164.512(e)(1)(i) or 34 C.F.R. § 99.31(a)(9)(i)-(ii):

| Records to Be Released | Entity |
|---|---|
| • S.M's Insurance Records from September 1, 2019 – Present | Emblem Health<br>55 Water St.<br>New York, NY 10041 |
| • S.M.'s Insurance Records from September 1, 2010 – Present | New York City Department of Social Services<br>Attn: Queens Medicaid Office<br>32-20 Northern Blvd. 3rd Fl.<br>Queens, NY 11101 |
| • S.M's Entire Psychotherapy Record | Emma L. Bowen Center<br>1727 Amsterdam Ave.<br>New York, NY 10031 |
| • S.M.'s Entire Family Court Record | New York City Law Department<br>Queens County Office, Family Court Division<br>151-20 Jamaica Ave. 2nd Fl.<br>Queens, NY 11432 |
| • Non-Privileged Documents Responsive to RFP Nos. 1 and 2 in Schedule A of Non-Party Subpoena *Deuces Tecum* served on February 3, 2022 | Hunter College High School<br>71 E. 94th St.<br>New York, NY 10128 |
| • Academic Record for Academic Year 2016 – 2017 | J.H.S. Stephen A. Halsey<br>63-55 102nd St.<br>Queens, NY 11374 |
| • Non-Privileged Documents Responsive to RFP Nos. 1-5 in Confidential Schedule A of Non-Party Subpoena *Deuces Tecum* served on March 11, 2022 | NYC Health + Hospitals/Bellevue<br>462 First Ave.<br>New York, NY 10016 |
| • Non-Privileged Documents Responsive to S.M.'s First Requests for Production to The City of New York and S.M.'s First Interrogatories to The City of New York | Defendant The City of New York<br><br>Administration for Children's Services<br>150 William Street<br>New York, NY 10038 |

| Records to Be Released | Entity |
|---|---|
| Non-Privileged Documents Responsive to S.M.'s First Requests for Production to Good Shepherd Services and S.M.'s First Interrogatories to Good Shepherd Services | Defendant Good Shepherd Services |

**IT IS FURTHER ORDERED** that the records shall be released to Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022; Georgia M. Pestana, Corporation Counsel of the City of New York, 100 Church Street, New York, NY 10007; and Rutherford & Christie LLP, 800 Third Ave., 9th Fl., New York, NY 10022, or their authorized representatives;

**IT IS FURTHER ORDERED** that the records shall be designated CONFIDENTIAL pursuant to the Protective Order entered by this Court, ECF No. 58, and treated consistent therewith.

**SO ORDERED.**

Dated: March 25, 2022
New York, NY

_____
J. PAUL OETKEN
United States District Judge