# EXHIBIT F

| | |
|---|---|
| **From:** | Lee, Jenny |
| **To:** | Ngo, Wynee (Law) |
| **Cc:** | Fritzler, Rachel M. |
| **Subject:** | RE: S.M., a Minor, Plaintiff vs. The City of New York, et al., Defendants, U.S.D.C., SDNY, Docket No.:1:20-CV-05164, File #215.738 |
| **Date:** | Monday, November 22, 2021 3:25:59 PM |

Wynee,

Thanks for your call earlier today. Further to the below, where we agreed to a one-week extension because we understood you had been out of the office, we understand the City is seeking to further extend its deadline to respond and object to Plaintiff's discovery requests to Wednesday, November 24, due to a family emergency you experienced last week. We were sorry to hear about your family emergency.

As we discussed, we would appreciate receiving the response as soon as possible. It is very unfortunate that we will not be receiving the responses and objections today--we realize this is likely going to push back our ability to meet and confer until after the holiday and will make it all the more important that we get documents from you as quickly as possible.

Please let us know your availability in the coming days to meet and confer.

Best,

Jenny

**Jenny Lee**

------------------------------------------------

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022
T +1 212 390 4623
F +1 212 446 4900

------------------------------------------------

jenny.lee@kirkland.com

**From:** Lee, Jenny
**Sent:** Friday, November 12, 2021 5:06 PM
**To:** 'Ngo, Wynee (Law)' <wngo@law.nyc.gov>
**Cc:** Fritzler, Rachel M. <rachel.fritzler@kirkland.com>
**Subject:** RE: S.M., a Minor, Plaintiff vs. The City of New York, et al., Defendants, U.S.D.C., SDNY, Docket No.:1:20-CV-05164, File #215.738

Wynee,

Thanks for the call earlier. We would be willing to agree to a one-week extension, to November 22, 2021.

Best,

Jenny

**Jenny Lee**

------------------------------------------------

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022
T +1 212 390 4623
F +1 212 446 4900

------------------------------------------------

jenny.lee@kirkland.com

**From:** Ngo, Wynee (Law) <wngo@law.nyc.gov>
**Sent:** Friday, November 12, 2021 3:57 PM
**To:** Lee, Jenny <jenny.lee@kirkland.com>

**Subject:** S.M., a Minor, Plaintiff vs. The City of New York, et al., Defendants, U.S.D.C., SDNY, Docket No.:1:20-CV-05164, File #215.738



Ms. Lee,

Just following up on the above mentioned case. I had left a voicemail on your office number Wednesday morning. I'm not sure if you received it. I'm reaching out about your office's first set of interrogatories and document requests. Would your office consent to a three week extension of time to respond? Happy to discuss more, my cell is listed below if you'd like to chat.

Thanks,

**Wynee Ngo, Esq.**

*Assistant Corporation Counsel*
General Litigation Division
New York City Law Department
Office: (212) 356-0877
Mobile: (646) 984-4115
Get [Outlook for iOS](#)