UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

S.M., A MINOR, by her next friend,      :
ALISON KING,                            :
                                        :
                                        :      20-CV-5164 (JPO) (RWL)
                    Plaintiff,          :
                                        :
            - against -                 :      **ORDER**
                                        :
THE CITY OF NEW YORK and GOOD           :
SHEPHERD  SERVICES,                     :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY  FILED**
DOC #:_____
DATE FILED:  2/22/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As the parties have not agreed to resolution of this matter, the parties shall meet and confer and by March 7, 2024, shall jointly file a letter proposing a schedule for the remainder of discovery (both fact and expert) and identifying any pending discovery or other issues requiring the Court's attention.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2024
        New York, New York

Copies transmitted this date to all counsel of record.

1