UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.M., A MINOR, by her next friend,
ALISON KING,

                           Plaintiff,

          - against -

THE CITY OF NEW YORK and GOOD
SHEPHERD SERVICES,

                        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2024

20-CV-5164 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order addresses the parties' letter at Dkt. 147.

    1.  The amended schedule of dates proposed therein is adopted.

    2.  The parties have indicated issues regarding fact depositions may be resolved and are not yet ripe; accordingly, the Court does not address those issues.

    3.  As for Plaintiff's four bulleted document items sought from the City (p. 4), no indication is provided that the City has refused or that there is any actual dispute. Accordingly, the Court does not address those issues.

    4.  As for Plaintiff's three bulleted document items with respect to Good Shepherd (p.5), the explanations provided by defense counsel appear to be sufficient.  If, however, after further discussions any of those issues remain live, the parties may raise them with the Court.

    5.  As for Defendants' requests for various authorizations and an independent medical examination (p.5), the letter does not indicate an impasse or an issue ripe for

1

consideration.  The Court concurs, however, that the authorizations and examination sought are the norm.

      6.  The Court also agrees that the parties' resources are best devoted to resolving this matter on acceptable but reasonable terms.  The Court stands ready at any time to continue assisting the parties in that regard and to move on from the earlier impasse.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2024
      New York, New York

Copies transmitted this date to all counsel of record.